UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LISA COLEMAN, | Plaintiff, |
| v. | Civil Action No. 3:21-cv-40-DJH-CHL |
| DOLLAR GENERAL CORPORATION, | Defendant. |

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 21) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. The pending motion for summary judgment (D.N. 14) is **DENIED** as moot.

November 8, 2021

David J. Hale, Judge
United States District Court